UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

DOLORES DE LEON, d/b/a  )
MANILLA INTERNATIONAL,  )
LLC, a Nevada limited liability  )
company,  )
                                      )      2:11-CV-01028-PMP-RJJ
            Plaintiff,          )
                                      )
vs.                            )      **ORDER**
                                      )
CIT GROUP INC.,          )
                                      )
            Defendant.   )

This matter is before the Court on Plaintiff Attorney David G. Derrickson Esq.'s Motion to Withdraw From Further Representation of Plaintiffs and for an Order Enlarging Time for Service of the Summons and Complaint (Doc. #18).

The Court having reviewed the foregoing Motion and good cause appearing therefore,

IT IS HEREBY ORDERED that a motion hearing is scheduled for **September 15, 2011, at 1:30 P.M.** in courtroom 3D, 3rd floor, Lloyd D. George United States Courthouse, 333 Las Vegas Blvd. So., Las Vegas, Nevada.

IT IS FURTHER ORDERED that Plaintiff Dolores De Leon must attend this hearing.

/ / /

1  IT IS FURTHER ORDERED that Plaintiff Attorney David G. Derrickson Esq. must
2 serve the Plaintiffs with a copy of the Motion to Withdraw and this Court's Order Setting
3 Hearing by personal service or mail, return receipt requested.
4  DATED this 7th day of September, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge