UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DOLORES DE LEON, an individual d/b/a MANILLA INTERNATIONAL, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>CIT GROUP, INC., a foreign Corporation,<br><br>Defendants. | 2:11-CV-01028-PMP-RJJ<br><br>**ORDER** |

Having read and considered Defendant's fully briefed Motion to Dismiss or in the Alternative, for Summary Judgment (Doc. #25), filed September 26, 2011, and good cause appearing,

**IT IS ORDERED that** Defendant's Motion to Dismiss or in the Alternative, for Summary Judgment (Doc. #25) is **DENIED**, without prejudice to Defendant to seek summary judgment following completion of discovery in this action.

DATED: November 17, 2011.

_____
PHILIP M. PRO
United States District Judge