ROBERT W. LUECK, ESQ.
Nevada Bar No. 001489
528 So. Casino Center Dr. #311
Las Vegas, NV 89101
(702) 385-7385
Attorney for Plaintiff
Delores De Leon

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

DOLORES DE LEON, an individual d/b/a)
MANILA INTERNATIONAL, LLC, A  )
Nevada limited liability company, )
)
    Plaintiff, )   CASE NO.  2:11-cv-01028-PMP-RJJ
)
vs. )
)
CIT GROUP INC, a foreign Corporation, )
DOES 1through 5; ROES 6 through 10 )
)
    Defendant. )

### EX PARTE MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT'S CONSOLIDATED RESPONSE TO PLAINTIFF'S MOTIONS TO COMPEL DISCOVERY, FOR SANCTIONS AND TO EXTEND DISCOVERY DEADLINES

    The plaintiff respectfully moves the court pursuant to LR 6-2 for a court order extending the time for Plaintiff to respond to Defendant's Consolidated Response to Plaintiff's Motions to Compel Discovery, For Sanctions and To Extend Discovery Deadlines be extended from October 22, 2012 to October 29, 2012. Plaintiff's counsel has been ill and was out of the office for October 10, 11, and 12, 2012 and was unable to work on this case for the Plaintiff. This counsel will be out of town for a three day conference from Friday, October 19, 2012 through Sunday, October 21, 2012.

    The absence from work due to illness has put this counsel behind in all aspects of his law practice. No court dates are set for hearing on the motions that have been filed. I am requesting the court to extend my time to respond to and including Monday, October 29, 2012.

1

This is my first request for an extension of time regarding these motions.

DATED this 18 day of Oct., 2012.

*Robert W. Lueck*
ROBERT W. LUECK, ESQ.
Nevada Bar No. 001489
528 So. Casino Center Blvd. #311
Las Vegas, NV 89101
(702) 385-7385

IT IS SO ORDERED:

*Robert J. Johnston*
UNITED STATES MAGISTRATE JUDGE

DATED  October 26, 2012

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I hereby further certify that on the 18th day of October, 2012, service of Ex Parte Motion To Extend Time To Respond to Defendant's Consolidated Response to Plaintiff's Motions to Compel Discovery, For Sanctions and To Extend Discovery for Admissions was made by depositing a copy for mailing, first class mail, postage prepaid, at Las Vegas, Nevada to the following:

RACHEL E. DONN, ESQ.
MEIR & FINE, LLC
2300 West Sahara Avenue, Ste. 1150
Las Vegas, NV 89102

*/s/* An Employee of Robert W. Lueck, Esq.