UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DOLORES DELEON,<br><br>   Plaintiff,<br><br>v.<br><br>CIT SMALL BUSINESS LENDING CORPORATION,<br><br>   Defendant. | 2:11-CV-01028-PMP-NJK<br><br>ORDER |

  IT IS ORDERED that this matter is referred to United States Magistrate Judge Nancy Koppe for a settlement conference.

DATED: February 19, 2013

_____
PHILIP M. PRO
United States District Judge