# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DOLORES DE LEON, | ) |
| Plaintiff, | ) Case No. 2:11-cv-001028-PMP-NJK |
| vs. | ) ORDER REGARDING LETTER |
| | ) SEEKING CONTINUANCE OF |
| CIT SMALL BUSINESS LENDING CORPORATION, | ) <u>SETTLEMENT CONFERENCE</u> |
| Defendant. | ) |

On February 21, 2013, the Court issued an order setting this case for a settlement conference on March 12, 2013. Docket No. 180. The Court has now received a letter from Plaintiff's counsel, indicating that he is not available on the scheduled date and would like the Court to continue it to a later date. As an initial matter, the Court instructs Plaintiff's counsel that letters are not an acceptable vehicle for making requests to the Court. Instead, request for Court action must be made by motion and filed with the Court. *See* Fed. R. Civ. P. Rule 7(b)(1). Any future correspondence will be disregarded and returned.

The parties are hereby ORDERED to submit, no later than March 4, 2013, a stipulation with at least three proposed settlement conference dates (beginning at 9:00 a.m.). The proposed dates must be no later than April 8, 2013.[1]

DATE: February 26, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] The parties are advised that the Court is unavailable for settlement conferences the week of March 18, 2013.