**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DOLORES DE LEON, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CIT GROUP INC., et al., ) <br> ) <br> Defendants. ) <br> ) | Case No. 2:11-cv-01028-PMP-NJK <br><br> ORDER DENYING MOTION FOR <br> SANCTIONS (Docket No. 110) |

Pending before the Court is Plaintiff Delores De Leon's Motion for Sanctions, filed on September 21, 2012. Docket No. 110. The Court has considered Plaintiff's Motion (#110); Defendant's Response (#126); and Plaintiff's Reply (#133).

The Plaintiff's Motion requests sanctions in relation to her Motion to Compel Discovery (#109). As the Court has denied the Plaintiff's Motion to Compel Discovery, her Motion for Sanctions is now moot.

Accordingly, having reviewed and considered the matter, the Plaintiff's Motion for Sanctions is **DENIED** as moot.

IT IS SO ORDERED.

DATED: March 11, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge