# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DOLORES DE LEON, | )<br>) |
| Plaintiff, | ) Case No. 2:11-cv-01028-PMP-NJK<br>) |
| vs. | ) ORDER DENYING MOTION FOR<br>) SANCTIONS (Docket No. 110) |
| CIT GROUP INC., et al., | ) |
| Defendants. | )<br>) |

Pending before the Court is Plaintiff Delores De Leon's Motion for Sanctions, filed on September 21, 2012. Docket No. 110. The Court has considered Plaintiff's Motion (#110); Defendant's Response (#126); and Plaintiff's Reply (#133).

The Plaintiff's Motion requests sanctions in relation to her Motion to Compel Discovery (#109). As the Court has denied the Plaintiff's Motion to Compel Discovery, her Motion for Sanctions is now moot.

Accordingly, having reviewed and considered the matter, the Plaintiff's Motion for Sanctions is **DENIED** as moot.

IT IS SO ORDERED.

DATED: March 11, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge