UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DOLORES DE LEON, )<br>)<br>          Plaintiff, )<br>)<br>vs. )<br>)<br>CIT SMALL BUSINESS LENDING CORP, *et* )<br>*al*., )<br>)<br>)<br>          Defendants. )<br>) | 2:11-CV-01028-PMP-NJK<br><br>**ORDER** |

**IT IS ORDERED** that Plaintiff's Motion to Reset Time and Deadline for Filing Joint Pretrial Order (Doc. #170) is **GRANTED** and that the Parties to this action shall file the Joint Pretrial Order in this case not later than thirty (30) days after this Court enters it's Orders regarding pending motions for summary judgment.

**IT IS FURTHER ORDERED** that Defendant's Countermotion for Sanctions (Doc. #172) is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff's Objections (Doc. #196) to the Orders of the presiding United States Magistrate Judge Denying Motion to Compel (Doc. #189), Denying Motion for Sanctions (Doc. #190) and Denying Motion to Extend Discovery Deadline (Doc. #191) all entered on March 11, 2013, are OVERRULED and the above referenced Orders of the Magistrate Judge are hereby AFFIRMED.

DATED: April 22, 2013.

_____
PHILIP M. PRO
United States District Judge