✎AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ Nevada _____

Dolores De Leon,
d/b/a Manila International, LLC

**JUDGMENT IN A CIVIL CASE**

Plaintiff,

V.

CIT Small Business Lending Corporation,
a/k/a CIT Group, Inc.

Case Number: 2:11-cv-01028-PMP-NJK

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has
rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and  a
decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this
case.

 IT IS ORDERED AND ADJUDGED

judgment is hereby entered in favor of Defendant CIT Small Business Lending Corporation a/k/a CIT Group, Inc. and
against Plaintiff Dolores DeLeon in the amount of $188,686.75 for Attorney's Fees and $7,419.26 for Costs.

July 1, 2013

/s/ Lance S. Wilson

Date

Clerk

/s/ Molly Morrison

 (By) Deputy Clerk