AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Dolores De Leon,
d/b/a Manila International, LLC

**JUDGMENT IN A CIVIL CASE**

Plaintiff,

V.

CIT Small Business Lending Corporation,
a/k/a CIT Group, Inc.

Case Number: 2:11-cv-01028-PMP-NJK

Defendant.

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

judgment is hereby entered in favor of Defendant CIT Small Business Lending Corporation a/k/a CIT Group, Inc. and against Plaintiff Dolores DeLeon in the amount of $188,686.75 for Attorney's Fees and $7,419.26 for Costs.

July 1, 2013

Date

/s/ Lance S. Wilson

Clerk

/s/ Molly Morrison

(By) Deputy Clerk